UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

JONATHAN JOE SKENANDORE,

Petitioner,

v.

PERRY RUSSELL, *et al.*,

Respondents.

Case No. 3:21-cv-00330-MMD-WGC

ORDER

Petitioner Jonathan Joe Skenandore, a Nevada state prisoner proceeding *pro se*, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (ECF No. 1-1.) Currently before the Court is Petitioner's Application to Proceed *In Forma Pauperis*. (ECF No. 5.)

A $5.00 filing fee is required to initiate a habeas action in a federal district court. *See* 28 U.S.C. § 1914(a); Judicial Conference Schedule of Fees. The Court may authorize a person to begin an action without prepaying fees and costs if the person demonstrates indigency. *See* 28 U.S.C. § 1915; LSR 1-1, 1-2. The IFP application must be submitted on the form provided by the court and include specific financial information and a declaration confirming under the penalty of perjury that the financial information is true. *See id.*

Although Petitioner submitted the required form, the supporting documents show he is able to pay the $5 filing fee. Thus, Petitioner does not qualify for a fee waiver. The Court therefore denies the IFP application and gives Petitioner 45 days to pay the $5 filing fee.

It is therefore ordered that Petitioner Jonathan Joe Skenandore's Application to Proceed *In Forma Pauperis* (ECF No. 5) is denied.

It is further ordered that Petitioner must pay the $5.00 filing fee by December 20, 2021.

It is further ordered that this case will be dismissed without prejudice and without further advance notice if Petitioner fails to comply with this order by the December 20, 2021 deadline.

The Clerk of Court is instructed to send Petitioner *two* copies of this order. Petitioner must make the necessary arrangements to have a copy of this order attached to the check for the filing fee.

The initial screening of Petitioner's petition under the Rules Governing Section 2254 Cases in the United States District Courts and consideration of the Motion for Appointment of Counsel (ECF No. 1-2) are deferred to until such time as he has fully complied with this order.

DATED THIS 2nd Day of November 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE