1
2
3                   UNITED STATES DISTRICT COURT
4                        DISTRICT OF NEVADA
5                                ***
6   JONATHAN JOE SKENANDORE,              Case No. 3:21-cv-00330-MMD-CSD
7                          Petitioner,                ORDER
8          v.
9   PERRY RUSSELL, *et al.*,
10                         Respondents.

11         Good cause appearing, Petitioner Jonathan Joe Skenandore's Motion for

12   Extension of Time (ECF No. 11) is granted. Petitioner has until February 8, 2022 to

13   respond to the Court's appointment order.

14         DATED THIS 28th Day of January 2022.

15

16                                     _____
                                       MIRANDA M. DU
17                                     CHIEF UNITED STATES DISTRICT JUDGE
18
19
20
21
22
23
24
25
26
27
28