UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN JOE SKENANDORE, | Case No. 3:21-cv-00330-ART-CSD |
| Petitioner, | **ORDER** |
| v. | |
| PERRY RUSSELL, *et al.*, | |
| Respondents. | |

Good cause appearing, Petitioner Jonathan Joe Skenandore's unopposed first Motion for Extension of Time (ECF No. 17) is GRANTED. Petitioner has until June 6, 2022 to file his first amended petition.

DATED THIS 3rd day of May, 2022.

_____

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1