1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| JONATHAN JOE SKENANDORE, | Case No. 3:21-cv-00330-ART-CSD |
|---|---|
| Petitioner, | **ORDER** |
| v. | |
| PERRY RUSSELL, *et al.*, | |
| Respondents. | |

10   Petitioner Jonathan Joe Skenandore seeks an extension of time to file his

11   amended petition for writ of habeas corpus. The Court finds that the request is

12   made in good faith and not solely for the purpose of delay, and therefore, good

13   cause exists to grant Petitioner's motion.

14   It is therefore ordered that Petitioner's unopposed second motion for

15   enlargement of time (ECF No. 20) is granted. Petitioner has until August 5, 2022,

16   to file his amended petition for writ of habeas corpus

17   DATED THIS 28th day of June 2022.

18

19   _____

20   ANNE R. TRAUM
     UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

1