UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN JOE SKENANDORE,<br><br>　　　　　　　　　　Petitioner,<br>　　v.<br>PERRY RUSSELL, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 3:21-cv-00330-ART-CSD<br><br>**ORDER** |

Petitioner Jonathan Joe Skenandore filed an Unopposed Motion for Extension of Time to File Amended Petition (Third Request) (ECF No. 22). Petitioner also filed an Unopposed Motion for Extension of Time to File Amended Petition (Fourth Request) (ECF No. 23). The Court finds the motions are made in good faith and not solely for the purposes of delay, and therefore, good cause exists to grant the motions.

IT IS THEREFORE ORDERED that Petitioner's Unopposed Motion for Extension of Time to File Amended Petition (Third Request) (ECF No. 22) is GRANTED *nunc pro tunc.*

IT IS FURTHER ORDERED that Petitioner's Unopposed Motion for Extension of Time to File Amended Petition (Fourth Request) (ECF No. 23) is GRANTED. The deadline for Petitioner to file an amended petition is October 19, 2022.

DATED THIS 20th day of September 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE