UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN JOE SKENANDORE, | Case No. 3:21-cv-00330-ART-CSD |
| Petitioner | **ORDER** |
| v. | |
| PERRY RUSSELL, *et al.*, | |
| Respondents | |

Good cause appearing, IT IS HEREBY ORDERED that Respondents' unopposed motion for enlargement of time to file a response to the first amended petition for writ of habeas corpus (first request) (ECF No. 26) is GRANTED. Respondents have until March 20, 2023, to answer or otherwise respond to Petitioner's first amended petition.

DATED THIS 21st day of December 2022

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE