UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN JOE SKENANDORE, | Case No. 3:21-cv-00330-ART-CSD |
| Petitioner, | **ORDER** |
| v. | |
| PERRY RUSSELL, *et al.*, | |
| Respondents. | |

Respondents seek an extension of time to file their response to the amended petition for writ of habeas corpus. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' motion.

It is therefore ordered that Respondents' unopposed second motion for enlargement of time (ECF No. 28) is granted. Respondents until June 5, 2023, to file their response to the amended petition for writ of habeas corpus.

DATED THIS 3rd day of March 2023.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1