UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN JOE SKENANDORE,<br><br>　　　　　　　　　　　Petitioner,<br>　　v.<br>PERRY RUSSELL, *et al.*,<br><br>　　　　　　　　　　　Respondents. | Case No. 3:21-cv-00330-ART-CSD<br><br>**ORDER** |

Petitioner Jonathan Joe Skenandore seeks an extension of time to file his reply in support of his amended petition for writ of habeas corpus. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Petitioner's motion.

It is therefore ordered that Petitioner's unopposed first motion for enlargement of time (ECF No. 36) is granted. Petitioner has until October 3, 2023, to file his reply.

DATED THIS 13th day of July 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1