UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN JOE SKENANDORE, | Case No. 3:21-cv-00330-ART-CSD |
| Petitioner, | **ORDER** |
| v. | |
| PERRY RUSSELL, *et al.*, | |
| Respondents. | |

Petitioner Jonathan Joe Skenandore seeks an extension of time to file his reply in support of his amended petition for writ of habeas corpus. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Petitioner's motion.

It is therefore ordered that Petitioner's unopposed second motion for enlargement of time (ECF No. 38) is granted. Petitioner has until December 1, 2023, to file his reply.

DATED THIS 11th day of October 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE